No. 76–1535.  TRONE, TRUSTEE, ET AL. *v.* UNITED STATES. Ct. Cl.  Certiorari denied.

No. 76–1536.  KABUA ET AL. *v.* UNITED STATES.  Ct. Cl. Certiorari denied.

No. 76–1537.  MASON *v.* CITY INVESTING CO. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 76–1542.  LASKY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–1546.  CRUZ ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–1547.  SLOAN ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 76–1548.  ALATERAS *v.* HEPTING ET AL.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 76–1550.  MEAGHER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–1554.  GRANDVIEW BANK & TRUST CO. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 76–1555.  BASIN, INC. *v.* FEDERAL ENERGY ADMINIS-TRATION ET AL.  Temp. Emerg. Ct. App.  Certiorari denied.

No. 76–1561.  NATIONAL LABOR RELATIONS BOARD *v.* ELEC-TRO VECTOR, INC.  C. A. 9th Cir.  Certiorari denied.

No. 76–1567.  COMLY *v.* LOWER SOUTHAMPTON TOWNSHIP. Commw. Ct. Pa.  Certiorari denied.